IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Steven Douglas Ingersoll, ) | Civil Action No. 3:09-cv-02845-JRM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Defendant, Michael J. Astrue, Commissioner of Social Security, by his undersigned attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marvin J. Caughman, Assistant United States Attorney for said district, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter judgment with an order remanding the case to the Commissioner for further administrative proceedings.

On order of the Court, the Appeals Council will remand the case to an ALJ for a new hearing and decision. The Appeals Council will direct the ALJ to further develop the medical evidence and obtain additional vocational expert testimony about Plaintiff's ability to perform work.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby



**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

Joseph R. McCrorey
United States Magistrate Judge

August 24, 2010

Columbia, South Carolina